# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| JERMAINE ANWAR JEFFERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:15-cv-01066-KOB-SGC |
| WARDEN CHERYL PRICE and the ) | |
| ATTORNEY GENERAL of the STATE ) | |
| of ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Jermaine Anwar Jefferson, a state prisoner proceeding *pro se*, petitioned the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge entered a report and recommendation on December 17, 2015, recommending that the court deny Jefferson's § 2254 petition as barred by the statute of limitations set out in 28 U.S.C. § 2244(d)(1). Furthermore, in accordance with Rule 11 of the *Rules Governing Section 2254 Cases*, the magistrate judge recommended that the court deny a certificate of appealability. (Doc. 5). No party filed any objections.

After careful *de novo* consideration of the entire record in this case, including report and recommendation, the court **ADOPTS** the magistrate judge's report and

1

**ACCEPTS** her recommendations.  Accordingly, the court finds that Jefferson's § 2254 petition is due to be denied as time-barred.  Furthermore, for the reasons set forth in the report and recommendation and pursuant to Rule 11 of the *Rules Governing Section 2254 Cases*, a certificate of appealability is due to be **DENIED**.

The court will enter a separate Final Order.

DONE and ORDERED this 25th day of January, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE